IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN BARBEE,** | § § | |
| **Plaintiff,** | § § | No._____ |
| vs. | § | |
| **BRYAN COLLIER,** Executive Director, Texas Department of Criminal Justice Huntsville, Texas | § § § § | |
| **BOBBY LUMPKIN,** Director, Texas Department of Criminal Justice, Correctional Institutions Division, Huntsville, Texas | § § § § § | **(Death Penalty Case)** |
| **DENNIS CROWLEY,** Warden, Texas Department of Criminal Justice, Huntsville Unit, Huntsville, Texas, | § § § § § | **Mr. Barbee is scheduled to be Executed on October 12, 2021** |
| **Defendants.** | § § | |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Stephen Barbee respectfully requests leave to proceed in this matter *In Forma Pauperis*, without payment of costs and otherwise to proceed in this cause as an indigent. Plaintiff is currently proceeding as an indigent in ongoing state court proceedings. *State v. Barbee*, No. 1004856R (213th Judicial District Court, Tarrant County, Texas). Plaintiff is also currently requesting to proceed as an indigent in the United States Supreme Court (Case No. 21-5093). Mr. Barbee has been granted leave to proceed *in forma pauperis* in these courts in which he has filed to date:

1

- In the 213th Judicial District Court of Tarrant County, Cause No. 1004856R

- In the Texas Court of Criminal Appeals (*Barbee v. State*, No. AP-75,359; *Ex Parte Barbee*, WR-71,071-01, WR-71-071-02; WR-71,071-03

- In the United States District Court for the Northern District of Texas, *Barbee v. Thaler*, No. 4:09-cv-744

- In the Fifth Circuit Court of Appeals, *Barbee v. Stephens*, Case No. 15-70022.

Undersigned counsel is still acting in his capacity as CJA counsel, and was appointed to represent Mr. Barbee in the United States District Court, Northern District of Texas, pursuant to 18 U.S.C. §3599(a)(2), *see Harbison v. Bell*, 556 U.S. 180 (2009), where indigent status was granted, and therefore no affidavit or declaration is attached in support of this motion.

A proposed order is also enclosed for the convenience of the Court.

DATED: September 21, 2021.

    Respectfully submitted,

    *s/s A. Richard Ellis*

_____
A. Richard Ellis
Texas Bar No. 06560400
75 Magee Avenue
Mill Valley, CA 94941
(415) 389-6771
FAX (415) 389-0251

## CERTIFICATE OF ELECTRONIC SERVICE

    I, A. Richard Ellis, do hereby certify that I electronically filed the foregoing pleading with the Clerk of the Court for the United States District Court for the Southern District of Texas, using the electronic case filing system of the Court on September 21, 2021. I have also served Defendant's counsel of record, Mr. Stephen Hoffman of the Office of the Attorney General, State of Texas via e-mail at stephen.hoffman@oag.texas.gov.

    */s/ A. Richard Ellis*
    _____
    A. RICHARD ELLIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN BARBEE.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | No._____ |
| vs. | § | |
| **BRYAN COLLIER,** Executive Director, | § | |
| Texas Department of Criminal Justice | § | |
| Huntsville, Texas | § | |
| | § | |
| **BOBBY LUMPKIN,** Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | **(Death Penalty Case)** |
| Division, Huntsville, Texas | § | |
| | § | |
| **DENNIS CROWLEY,** Warden, Texas | § | **Mr. Barbee is scheduled to be** |
| Department of Criminal Justice, | § | **Executed on October 12, 2021** |
| Huntsville Unit, | § | |
| Huntsville, Texas, | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER GRANTING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*

Upon due consideration of Plaintiff's Motion to Proceed *In Forma Pauperis*, it is hereby ORDERED that Plaintiff Stephen Dale Barbee may proceed in this cause *in forma pauperis*, without payment of costs and may otherwise proceed in this cause as an indigent.

4