AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Jessica Riley, who, being by me duly sworn, deposed as follows:

"My name is Jessica Riley and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the Manager II for the Resolution Support/Offender Grievance department of the Administrative Review and Risk Management Division, for the TDCJ, with my office located in Huntsville, Texas. Attached is a true and correct copy of the *Step 2 Grievance No. 2022005712 received by the TDCJ from inmate Stephen Dale Barbee TDCJ# 00999507 on October 1, 2021*, which is kept by the TDCJ in the regular course of its business activity. The entry of such record was made as a regularly conducted activity and as a regular practice of the TDCJ and was made at or near the time of the occurrence of the matters set forth by or from information transmitted by a person with knowledge of the matter.

I declare under penalty of perjury that the foregoing is true and correct.

Further Affiant sayeth not."

*Jessica Riley*
Jessica Riley
Manager II
Resolution Support/Offender Grievance, ARRM
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 1st day of October, 2021.

CATHY MARTINEZ
Notary Public-State of Texas
Notary ID #13259225-6
Commission Exp. JULY 22, 2024
Notary without Bond

*Cathy Martinez*
NOTARY PUBLIC, STATE OF TEXAS



Texas Department of Criminal Justice

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: Stephen Barbee                 TDCJ # 999507
Unit: Polunsky              Housing Assignment: 12 AA 04
Unit where incident occurred: Polunsky

**OFFICE USE ONLY**
Grievance #: 2022005712
UGI Recd Date: OCT 01 2021
HQ Recd Date: _____
Date Due: _____
Grievance Code: 300
Investigator ID#: _____
Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I was denied my freedom of religious rights on 9-16-21
I need my spiritual advisor to hold my hand while he prays with me during my execution, if it come's to that.

I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix G

_____

_____

_____

_____

_____

Offender Signature: _[signature]_____   Date: _9-26-21_____

Grievance Response:

 

 

 

 

 

Signature Authority:_____   Date:_____

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

I-128 Back (Revised 11-2010)                                   Appendix G