

**Texas Department of Criminal Justice**

# STEP 1
### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019108443 |
| Date Received: | APR 15 2019 |
| Date Due: | 5/30/19 |
| Grievance Code: | 611 |
| Investigator ID #: | 1868 |
| Extension Date: | |
| Date Ret'd to Offender | MAY 29 2019 |

Offender Name: Stephen Barbee   TDCJ # 999507

Unit: Polunsky   Housing Assignment: 12AF73

Unit where incident occurred: N/A

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Several people at H.G. (Neurosurgery)   When? different times

What was their response? Surgery was approved, but not scheduled.

What action was taken? N/A

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I have been told several times, dating back to Sept 1st 2016 that my neck surgery (to releave pressure off of my spinal cord) had been approved, yet not scheduled.

I need that surgery done ASAP, Please! I've now been having spasms in my neck where it chokes me for a few seconds. Those come and go often. Mostly when I yawn, Something in my neck swells up and I can feel it with my fingers when it happens. I need that pressure off of my spinal cord!

"Please schedule this neck surgery." It's been approved for a long time now.

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *I need neurosurgery to finally schedule my neck surgery to relieve pressure off of my spinal cord.*

**Offender Signature:** _____ **Date:** 4-11-19

**Grievance Response:**

Review of your medical records reveals that you were last seen by Neurosurgery in February 2016 re: neck. There was a referral submitted on 8/24/18 to Neuro to discuss treatment plans for you. MSRS screen reveals that you were scheduled 4 different occasions and on two times you were rescheduled due to transportation issues and on the other two occasions it was noted that you were a no show. This office will refer your chart back to the provider for possible referral back to Neuro. Please follow up with this office via I-60 in a week to follow up on the status. This office notices you haven't had any recent complaints with your neck which is good. However, if you do have any issues or concerns, please submit a SCR listing your signs and symptoms and you will be scheduled. No further action warranted at this time.

**Signature Authority:** _____

Anitra Lindley
Senior Practice Manager
UTMB-CMC

**Date:** 5/29/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language *
☐ 8. The issue presented is not grievable
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F

**Texas Department of Criminal Justice**

## STEP 1 OFFENDER GRIEVANCE FORM

Grievance #: 2019126895

Date Received: MAY 21 2019

Date Due: 6/30/17

Grievance Code: 814

Investigator ID #: J1868

Extension Date: _____

Date Retd to Offender: JUN 04 2019

Offender Name: Stephen Barbee TDCJ # 999507

Unit: Polunsky Housing Assignment: 12 AA 6

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? 2nd shift officers When? May 17 & 18, 2019

What was their response? They're (officers) are doing showers.

What action was taken? NONE

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

These officers on 2nd shift are showing up "AFTER" 10 Pm to take me to 10 Building for my medical shower.

* On May 17th they came around 11:30 Pm, I got back to my cell around 12 midnight.

* On May 19th at 1:00 Am they came to take me for my shower, I got back at 1:44 Am to my cell.

I am suppose to be allowed by the 5th circuit 5 & 6 hours of undisturbed sleep. That's 10:00 Pm — 3:00 Am.

( I just received an execution date, I need my sleep.)

( I would like to get my shower "soon" after reccreation like everyone else, and NOT be punished just because I'm disabled,) having to wait until midnight for my shower, and or, even later.

---

1-127 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

Appendix F

Action Requested to resolve your Complaint. *I want what I'm suppose to have, undisturbed sleep at night.*

Offender Signature: ~~Sgt. Col~~   Date: *5-19-19*

Grievance Response:

A review of your complaint has been conducted. 12 Building Shift Supervisors have been contacted and interviewed in regards to your grievance, Shift Supervisors have counseled staff on properly conducting medical showers within the proper time limits. This issue has been addressed and will continue to be monitored to ensure compliance.

Signature Authority: *J. Bell, AW Bell*   Date JUN 0 4 2019

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

Appendix F



**Texas Department of Criminal Justice**

# STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2020030341

Date Received: NOV 7 2019

Date Due: 12-11-19

Grievance Code: 500

Investigator ID #: I 868

Extension Date: 1-20-20

Date Retd to Offender: JAN 14 2020

Offender Name: Stephen Barbee   TDCJ # 999507
Unit: Polunsky   Housing Assignment: 12 A F 71
Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Warden Butcher   When? few months ago
What was their response? That regular trays would get fried chicken at least once a month
What action was taken? NONE

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I spoke to Warden Butcher and he said that the regular trays would start getting fried chicken at least once a month.

Regular trays are not getting fried chicken once a month month.

---

**Action Requested to resolve your Complaint.** *I'd like to have fried chicken also.*

**Offender Signature:** *Stylr Bol*          **Date:** *1-01-19*

**Grievance Response:**

A review of your complaint has been conducted. Upon investigation it was determined that fried chicken will be served when enough chicken is in stock to do so. Additionally, there is no schedule stating when fried chicken will be served. It is not a requirement that fried chicken be served. No staff misconduct or policy violations by Kitchen Staff found. No further action deemed warranted by this office at this time.

**Signature Authority:** _S. Perez_          **Date:** JAN 1 4 2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)          Appendix F

# Texas Department of Criminal Justice

## STEP 1     OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: R2004055 9
Date Received: NOV 25 2019
Date Due: 1-9-20
Grievance Code: 673
Investigator ID #: I 1068
Extension Date:
Date Retd to Offender: NOV 27 2019

Offender Name: Stephen Barbee          TDCJ # 999507
Unit: Polunsky          Housing Assignment: 12 AF 71
Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sent I-60 to medical          When? 11-13-19

What was their response? No Refund — (returned response 11-16-19)

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I was charged $13.55 and it was taken from my Trust Fund acc# on 10-17-19. I am chronic care and shouldn't have been charged. (I-60 said the same)
(MV 0001355 0000000 UTMB    UT TL 101419)

"I AM CHRONIC CARE" And have been for years.

Please have my funds returned to my acc#

If not, my family will contact the Ombudsman and Huntsville.

(I was told by a Captian, that if I was going to contact the Ombudsman office, to at least let y'all know before-hand. There's my notice.

---

ction Requested to resolve your Complaint. *I want my money ($13.55) returned to my acc..*

Offender Signature: ~~Steven Styles~~   Date: *11-21-19*

Grievance Response:

Review of your medical records reveals that you submitted a Sick Call Request on 10/11/19 to the dental department complaining of upper tooth hurting. You were seen and evaluated for your complaint on 10/14/19. The treatment provided was as follows: Radiographs 1 x PA taken and reviewed, Pre-procedural rinse with antiseptic mouthwash recommended with all future treatment and Medications Prescribed: None, You were informed to drop another SCR if your tooth doesn't improve. The fee is valid and you will not be refunded,

Signature Authority: _Anitra Lindley_   Date: *11/26/19*

Anitra Lindley
Senior Practice Manager
UTMB Health

you are dissatisfied with the Step 1 response, you may submit a Step 7 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. ate the reason for appeal on the Step 2 Form.

eturned because:   *Resubmit this form when the corrections are made.

] 1. Grievable time period has expired
] 2. Submission in excess of 1 every 7 days. *
] 3. Originals not submitted. *
] 4. Inappropriate/Excessive attachments. *
] 5. No documented attempt at informal resolution. *
] 6. No requested relief is stated. *
] 7. Malicious use of vulgar, indecent, or physically threatening language. *
] 8. The issue presented is not grievable.
] 9. Redundant. Refer to grievance #
] 10. Illegible/Incomprehensible. *
] 11. Inappropriate. *

GI Printed Name/Signature:

pplication of the screening criteria for this grievance is not expected to adversely ffect the offender's health.

Medical Signature Authority:

Appendix F

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender | |
| 2nd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance # 2020051415

Date Received: DEC 18 2019

Date Due: 1-27-20

Grievance Code: 504

Investigator ID #: I+6+2514

Extension Date: 3-7-20

Date Retd to Offender: MAR 31 2020

Offender Name: Stephen Barbee    TDCJ # 999507

Unit: Polunsky    Housing Assignment: 12 A F 71

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Necessity Officer    When? 12-17-19

What was their response? N/A

What action was taken? N/A

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I haven't been given any bippy cleaner to clean with in several weeks now.

I need it to clean off the seat in the handicap shower here on my pod when I go in to take my shower. I'm disabled and need that seat. Many people use this shower every day before me and it's dirty.

Will you please see that I'll get bippy each week to keep my tolit and the shower seat clean. I really need it.

Thank you!

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Action Requested to resolve your Complaint. I need bippy every week, especially for the handicap shower, I need to have a clean seat to sit on.

Offender Signature: _Style Bd_      Date: _12-17-19_

Grievance Response:

Your complaint has been investigated and there is insufficient evidence to substantiate your claims. Unit Supply staff has issued cleaning powder which was passed out by staff. No further action is warranted.

Signature Authority: _B John_   B. Jackson, AW     Date: _3/30/20_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender _____

2nd Submission    UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender _____

3rd Submission    UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

Appendix F



# STEP 1

### OFFENDER
### GRIEVANCE FORM

2020071018

Grievance #: ~~060001018~~

Date Received: **JAN 3 1 2020**

Date Due: 3-11-20

Grievance Code: 300

Investigator ID #: I 2514 1008

Extension Date: 4-30-20

Date Retd to Offender: **APR 0 6 2020**

Offender Name: Stephen Barbee        TDCJ # 999507

Unit: Polunsky        Housing Assignment: 12 AF 71

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Jackson        When? 1-28-2020  (27 or 28)

What was their response? New policy will begin 03-01-20

What action was taken? N/A

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

As of March 01, 2020 T.D.C.J is expected to implement the "Inspect to Protect Policy".

This new policy is unfair to Death Row Offenders for general population offenders have access to O.T.S. (Offender Telephone System) which allows general population offenders to have an extra, up to ten people, plus their visitation list of ten totalling twenty people; whereas Death Row Offenders only have ten.

Death Row Offenders should be allowed access to the O.T.S. or given a new total of twenty people on their visitation list.

---

I-127 Front (Revised 11-2010)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix F

Action Requested to resolve your Complaint. Have access to O.T.S, or be given an extra 10, totalling 20 people on our (death row) visitation list.

Offender Signature: _Steve Paul_      Date: _1-31-20_

**Grievance Response:**

Your grievance was investigated. The Inmate records department reports that the new AD Policy is still in the pilot process and still has to work out and finalized. However Huntsville is aware of this issue and will be working to correct the issue. Furthermore, general population offenders are only allowed 10 visitors on their visitation list. Death row offenders are allowed to make phone calls but you will have to submit an I-60 to the major for approval. No further action is warranted.

Signature Authority: _B. John_     B Jackson AW     Date: _4/3/20_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission     UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission     UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission     UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER
GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2021074217

Date Received: FEB 2 2 2021

Date Due: 4-3-21

Grievance Code: 510

Investigator ID #: I-27312161

Extension Date: _____

Date Retd to Offender: MAR 3 0 2021

Offender Name: Stephen Barbee     TDCJ # 999507

Unit: Polunsky     Housing Assignment: 12 B-D 45

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. (From 2-10-21 to 2-20-21)

Who did you talk to (name, title)? Several officers (Sgt. Ra Sato)     When? Everyday

What was their response? None - officer Buckner said "no medial showers"

What action was taken? None - nobody came for me.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am disabled and require a medical shower on A-pod F-section 12 Building where the only handicap shower is.

Medical is meant to be allowed a "daily" shower because I'm disabled and have difficulty cleaning myself in my cell. I need the handicap shower

I was denied a shower for 10 days! TEN DAYS!

I moved to B-pod on 2-10-21 and haven't been allowed to go to A-pod to shower. for TEN DAYS! I acquired acquired sores because of this denial.

I finally showered on A-pod on 2-20-21 at 9:30 PM 10 full days.

(They even didn't get me to take me to shower tonight) 2-21-21 — No Shower Again!

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

**Action Requested to resolve your Complaint.** I need my daily shower to keep clean. I am a

medical shower, disabled.

**Offender Signature:** _____   **Date:** 2-21-21

**Grievance Response:**

An investigation into your allegations has been conducted. It was found that there is merit to your claim
that you did not receive a medical shower daily. Staff and supervisors have been instructed to ensure
that medical showers are conducted on a daily basis. If you have any more issues, contact a security
supervisor. No further action is warranted.

**Signature Authority:** _____   B. Thekson cui   **Date:** MAR 3 0 2021

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:** _____ *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

Appendix F

**Texas Department of Criminal Justice**

OFFICE USE ONLY

# STEP 1

**OFFENDER GRiEVANCE FORM**

Grievance #: 2021086822

Date Received: MAR 23 2021

Date Due: 5-7-21

Grievance Code: 608

Investigator ID #: I2731

Extension Date: _____

Date Retd to Offender: APR 27 2021

Offender Name: Stephen Barbee   TDCJ # 999507

Unit: Polunsky   Housing Assignment: 12 B-D 45

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sent medical Request   When? 3-8-21 / 3-16-21

What was their response? Both Request sent back said "scheduled for Sunday."

What action was taken? NONE!

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I have sent Two medical request to have my toe nails cut. I'm disabled and cannot cut them myself.

The nurses do not like to cut toe nails and Always keep passing me up for the next time.

Request sent 3-8-21 - Response "Scheduled for routine clinic Sunday"

Request sent 3-16-21 explaining no one pulled me out. Response "Routine Clipper Clinic Sunday"

No one will pull me out for my medical Request.

I need someone to cut my toe nails — Please!

---

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

Action Requested to resolve your Complaint. *I need someone from medical to do their job and honor my medical request and needs.*

Offender Signature: _Steph Ford_      Date: __3-22-21__

Grievance Response:

Review of your medical records reveals that you were able to get your toenails clipped as requested. No further action warranted at this time.

Signature Authority: _Ayanas, S_      Date: __4/21/21__

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission    UGI Initials _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission    UGI Initials _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021142424 |
| Date Received: | JUL 28 2021 |
| Date Due: | 9-11-21 |
| Grievance Code: | 608 |
| Investigator ID #: | I 2731 |
| Extension Date: | |
| Date Retd to Offender: | AUG 1 6 2021 |

Offender Name: Stephen Burkee    TDCJ # 999507

Unit: Polunsky    Housing Assignment: 12 AA 04

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I spoke with a Nurse handing out   Sick calls.   When? 7-23-21

What was their response? She took my name and TDCJ Number.

What action was taken? NONE

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I sent Two I-60's to medical via mail to have my toe nails cut, (because I can not cut them myself).

First I-60 sent 7-13-21 , the 2nd I-60 7-19-21

Where did the I-60's go? I Never got back a response.

Why is Someone throwing my medical request away?

Why is it that I have to send a grievance to get my toe nails cut, Again!

I had to send a grievance over the same Issue last time I needed my toe nails cut.

It's clear the Nurses do not like to cut toe nails, but if they dont want to do their job and assist a disabled person cut their toe nails, they should change their profession!

---

I-127 Front (rev. sed 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Action Requested to resolve your Complaint. *I need my toe nails cut.*

Offender Signature: _____    Date: 7-26-21

Grievance Response:

Review of your medical records reveals that you were seen in chronic care clinic on 8/4 and the following was noted: SCHEDULE WITH PROVIDER FOR TOE NAIL TRIMMING AND RIGHT ELBOW STEROID INJECTION NEXT WEEK. No further action warranted at this time.

Signature Authority: _____    Date: 8/12/21

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

2nd Submission        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

3rd Submission        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2021144370

Date Received: AUG 0 2 2021

Date Due: 9-16-21

Grievance Code: 600

Investigator ID #: I 2731

Extension Date: _____

Date Retd to Offender: AUG 1 6 2021

Offender Name: Stephen Barbee    TDCJ # 999507

Unit: Polunsky    Housing Assignment: 12 AA 04

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Pill tech won't give her name    When? 8-2-21

What was their response? N/A

What action was taken? N/A

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The pill tech which passed out Am meds, (a tall thin black woman) today keeps getting my perscribtion's wrong! (8-2-21)

1. She gave me 30 mg ~~8m~~ Duloxetine
   Its suppose to be 60 mg.

2. She didn't give me my Naproxen 500 mg.

She's been here long enough (surely) to know how to do her job.

1. She's stealing medication or she can't read, which is it?

I need someone to just give me my medication, right because I hurt too bad to go without. She's the only one who does this! As soon as I moved back to A-pod (this side) I started to get shorted my med's, again.

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

I'm tired of having to deal with this lady.

I moved to AA04 (A-pod) 7-6-21 and she's done this three times now.

Either she's stupid and can't read or she's stealing my meds!

Action Requested to resolve your Complaint. I need my medications!

Offender Signature: _____    Date: 8-2-21

Grievance Response:

Review of the medical records reveals that you received your Duloxetine DR 60 mg on 8/2 at 0749 by Nurse Bond. Further review reveals that you did not receive your Naproxen as you stated on 8/2 but you did accept on 8/3 according to medication compliance screen. Both of these medications are KOP so you should be receiving a pill pack. All medications will be administered as ordered. Nursing administration will continue to monitor complaints as such. Please notify the Cluster Nurse Manager via I-60 if you have any future complaints regarding medication administration. This issue has also been discussed with pharmacy staff. All medical staff are to wear their ID badges where their name and picture are visible. No further action warranted at this time.

Signature Authority: _____    Date: 8/12/21

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: __ _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender _____

Date Returned to Offender _____

Appendix F

# Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2022005712

Date Received: SEP 15 2021

Date Due: 10/25/21

Grievance Code: 300

Investigator ID #: I2731

Extension Date: _____

Date Retd to Offender: SEP 15 2021

Offender Name: Stephan Barbee       TDCJ # 999507

Unit: Polunsky       Housing Assignment: 12 AA 04

Unit where incident occurred: Polunsky

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Barry Brown - Salvation Army       When? Sept 7th 2021

What was their response? He wont be able to touch me or speak to me in the chamber.

What action was taken? N/A

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

Sgt. Brown, my spiritual advisor told me that TDCJ would NOT allow him to touch me or speak to me while I was in the death chamber, during my execution.

I am being deprived of my religious rights because I believe my spiritual advisor should touch me and say the appropriate words while I'm in the death chamber.

After-all a minister's words is what brings peace and persuasion in my religious beliefs.

Copy also sent to: A. Richard Ellis
Attorney at Law
75 Magee Ave.
Mill Valley, CA 94941

I-127 Front (Revised 11-2010)       YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM       (OVER)

Appendix F

Action Requested to resolve your Complaint. *I would like and need for my spiritual adviser to touch me and say the appropriate words during my execution in the chamber.*

Offender Signature: _____ Date: *9-15-21*

Grievance Response:

Your grievance has been investigated. At this time the spiritual advisor is not allowed to touch the inmate or speak out loud once inside the execution chamber. No further action is warranted at this time

Signature Authority: _____ B. Rigsby _____ Date: *9/16/21*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-127 Back (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _2022005712_

UGI Recd Date: _OCT 0 1 2021_

HQ Recd Date: _____

Date Due: _____

Grievance Code: _300_

Investigator ID#: _____

Extension Date: _____

Offender Name: _Stephen Barbee_ TDCJ # _999507_

Unit: _Polunsky_ Housing Assignment: _12 AA 04_

Unit where incident occurred: _Polunsky_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I was denied my freedom of religious rights on 9-16-21

I need my spiritual advisor to hold my hand while he prays with me during my execution, if it comes to that.

---

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

Offender Signature: _Styl Bol_____ Date: _9-26-21_____

Grievance Response:

Signature Authority:_____ Date: _____

Returned because:    *Resubmit this form when corrections are made.

☐  1. Grievable time period has expired.

☐  2. Illegible/Incomprehensible.*

☐  3. Originals not submitted. *

☐  4. Inappropriate/Excessive attachments.*

☐  5. Malicious use of vulgar, indecent, or physically threatening language.

☐  6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission               CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission                  CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission                  CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                      Appendix G

Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM

Grievance #: 2022005922

Date Received: SEP 1 5 2021

Date Due: 10/30/21

Grievance Code: 608

Investigator ID: I2731

Offender Name: Stephen Barbee   TDCJ #: 999758-7

Unit: Polunsky   Housing Assignment: 12AA08

Unit where incident occurred: Polunsky

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Dickerson   When? July 09, 21

What was their response? Took pictures of my arms

What action was taken? N/A

I can not extend my arms straight out with my palms up or down. If my arms are forced to be straightened out in any way, it will cause extreme pain and suffering. I have lost the range-of-motion in both arms. My arms hurt 24/7 also.

Something would break or tear if my arms were to be forced straight out.

I've been trying for years for medical to give me medical to help me with this issue.

Copies are sent to: R. Andrea Tilla
Attorney at Law
75 Pryor Ave.
Mill City, OR 97974

Action Requested to resolve your complaint _Medical needs to fix my beds where I'm not_
_in so much pain, so I can straighten out my arm's_

Offender Signature: _Stephen ford_                                Date: _7-15-21_

Grievance Response:

Review of your medical records reveals injury you have not submitted any SCR to medical since July 2021 and the were seen by the provider for your complaint and aware. Please know that process is that for period of past a SCR listing you of visit and complaint. This office will schedule you an appointment with the provider. No further action warranted at this time.

Signature Authority: _Chaney_                                        Date: _8/21/21_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal **on the Step 2 Form.**

Returned because:  *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.
☐ 5. No documented attempt at informal resolution.
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate

UGI Printed Name/Signature:

*Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.*

Medical Grievances Only

**OFFICE USE ONLY**
Initial Submission.      UGI: _____
Grievance #: _____
Date UGI Received: _____
HQ Received Date: _____
Date Returned to Offender: _____
**2nd Submission**          UGI Initials: _____
Grievance #: _____
Date UGI Received: _____
HQ Received Date: _____
Date Returned to Offender: _____
**3rd Submission**          UGI Initials: _____
Grievance #: _____

AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Jessica Riley, who, being by me duly sworn, deposed as follows:

"My name is Jessica Riley and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the Manager II for the Resolution Support/Offender Grievance department of the Administrative Review and Risk Management Division, for the TDCJ, with my office located in Huntsville, Texas. Attached are true and correct copies of the *grievance records received by the TDCJ from inmate Stephen Dale Barbee TDCJ# 00999507 from January 1, 2019 to October 1, 2021*, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and as a regular practice of the TDCJ and were made at or near the time of the occurrence of the matters set forth by or from information transmitted by a person with knowledge of the matters.

TDCJ records indicate that inmate Barbee did file Step 1 Grievance No. 2021045514 relating to food issues; however, the grievance was administratively closed as it was lost, and no copies can be located. Inmate Barbee was provided an opportunity to resubmit the grievance, though did not.

I declare under penalty of perjury that the foregoing is true and correct.

Further Affiant sayeth not."

Jessica Riley
Manager II
Resolution Support/Offender Grievance, ARRM
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 4th day of October, 2021.

NOTARY PUBLIC, STATE OF TEXAS

MONICA J. JACKSON
Notary Public-State of Texas
Notary ID #12916293-9
Commission Exp. NOV. 30, 2024

**Notary without Bond**