# Exhibit A

AFFIDAVIT FOR PROVE-UP OF PHOTOGRAPHS

THE STATE OF TEXAS §
§
COUNTY OF WALKER §

BEFORE ME, the undersigned authority, on this day personally appeared Jeremy Desel, who, being by me duly sworn, deposed as follows:

"My name is Jeremy Desel and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I have personally observed the TDCJ Execution Chamber at the Huntsville Unit on many occasions, and I am familiar with the layout and proportions. The attached photographs are true and accurate representations of the TDCJ Execution Chamber as it exists today. The photographs depict the gurney in the chamber and the plexiglass windows separating the execution chamber from the two adjacent viewing rooms. These photographs were taken from inside the execution chamber.

I declare under penalty of perjury that the foregoing is true and correct.

Further Affiant sayeth not."

Jeremy Desel
Director
Communications, EAS
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 31st day of August, 2021.

NOTARY PUBLIC, STATE OF TEXAS

Kara Elaine Coffey
Notary's Printed Name

KARA ELAINE COFFEY
Notary Public-State of Texas
Notary ID #12877829-6
Commission Exp. OCT. 19, 2023
Notary without Bond

My Commission expires: 10/19/23





