# Exhibit E

AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Jessica Riley, who, being by me duly sworn, deposed as follows:

"My name is Jessica Riley and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the Manager II for the Resolution Support/Offender Grievance department of the Administrative Review and Risk Management Division, for the TDCJ, with my office located in Huntsville, Texas. Attached is a true and correct copy of the *Step 2 Grievance No. 2022005712 received by the TDCJ from inmate Stephen Dale Barbee TDCJ# 00999507 on October 1, 2021*, which is kept by the TDCJ in the regular course of its business activity. The entry of such record was made as a regularly conducted activity and as a regular practice of the TDCJ and was made at or near the time of the occurrence of the matters set forth by or from information transmitted by a person with knowledge of the matter.

I declare under penalty of perjury that the foregoing is true and correct.

Further Affiant sayeth not."

Jessica Riley
Manager II
Resolution Support/Offender Grievance, ARRM
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 1st day of October, 2021.

CATHY MARTINEZ
Notary Public-State of Texas
Notary ID #13259225-6
Commission Exp. JULY 22, 2024
**Notary without Bond**

NOTARY PUBLIC, STATE OF TEXAS



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Stephen Barbee _____ TDCJ # 999507

Unit: Polunsky _____ Housing Assignment: 12 AA 04

Unit where incident occurred: Polunsky

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022005712 |
| UGI Recd Date: | OCT 01 2021 |
| HQ Recd Date: | |
| Date Due: | |
| Grievance Code: | 300 |
| Investigator ID#: | |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I was denied my freedom of religious rights on 9-16-21

I need my spiritual advisor to hold my hand while he prays with me during my execution, if it comes to that.

I-128 Front (Revised 11-2010)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix G

_____

_____

_____

_____

Offender Signature: *Styl Bart*                    Date: 9-26-21

Grievance Response:



Signature Authority: _____    Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY |
| --- |
| Initial Submission          CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ___Screened ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender:_____ |
| 2nd Submission                CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ___Screened ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission                CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ___Screened ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |

I-128 Back (Revised 11-2010)                                Appendix G