IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN BARBEE,<br>*Plaintiff,*<br><br>v.<br><br>BRYAN COLLIER, et al.,<br>*Defendants.* | § § § § § § § § § | CIVIL ACTION NO. 4:21–CV–03077<br>DEATH PENALTY CASE |

**DEFENDANTS COLLIER, LUMPKIN, AND CROWLEY'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS BASED ON MOOTNESS**

# EXHIBIT A

Affidavit of Bobby Lumpkin