UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN BARBEE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-03077 |
| § | |
| BRYAN COLLIER, *et al.*, § | |
| § | |
| Defendants. § | |

## AMENDED PRELIMINARY INJUNCTION

In accordance with the Memorandum and Order issued this same day, the following preliminary injunction is hereby entered:

Texas [TDCJ] may proceed with the execution of Stephen Barbee only after it publishes a clear policy that has been approved by its governing policy body that (1) protects Stephen Barbee's religious rights in the execution chamber pursuant to the Court's holdings in its Memorandum and Order and the holding and spirit of *Ramirez v. Collier*, 142 S. Ct. 1264 (2022); and, (2) sets out any exceptions to that policy, further describing with precision what those exceptions are or may be.

It is so Ordered.

SIGNED on November 15, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1