IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN BARBEE, § | |
| *Plaintiff*, § | |
| § | CIV. ACT. NO. 4:21–CV–03077 |
| v. § | **DEATH PENALTY CASE** |
| § | ECF |
| BRYAN COLLIER, et al., § | |
| *Defendants*. § | |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the Fifth Circuit from this Court's November 15, 2022 orders (ECF Nos. 46 & 47) incorporating by reference its previous Memorandum and Order denying the Defendants' motion to dismiss (ECF No. 40) and amending its prior grant of a preliminary injunction (ECF No. 41).

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        JOSH RENO
        Deputy Attorney General
          for Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

        *LEAH O'LEARY
        Assistant Attorney General

*Attorney-in-charge        <u>s/ Stephen M. Hoffman</u>
        STEPHEN M. HOFFMAN
        Assistant Attorney General
        Texas Bar No. 24048978
        Southern District Bar No. 602073
        P. O. Box 12548, Capitol Station
        Austin, Texas 78711
        Tel: (512) 936–1400
        Fax: (512) 320–8132
        Email: Stephen.Hoffman@oag.texas.gov

        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I do hereby certify that on November 15, 2022, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorneys of record, who consented in writing to accept this Notice as service of this document by electronic means:

Allen Richard Ellis
Law Office of A. Richard Ellis
75 Magee Ave., Mill Valley, CA, 94941
Email: a.r.ellis@att.net

&

Tivon Schardl
Federal Public Defender
Capital Habeas Unit
919 Congress Ave., Suite 950
Austin, TX 78701
Email: Tivon_Schardl@fd.org

                                              s/ Stephen M. Hoffman
                                              STEPHEN M. HOFFMAN
                                              Assistant Attorney General