UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN BARBEE, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:21-CV-03077 |
| BRYAN COLLIER, *et al.*, | § |
| Defendants. | § |

## **PRELIMINARY INJUNCTION**

In accordance with the Fifth Circuit Court of Appeals decision today, the following preliminary injunction is hereby entered:

A. Stephen Barbee's spiritual advisor will be permitted to hold Barbee's hand after Barbee is secured to the gurney in the execution chamber and the IV lines are in place.

B. Barbee's spiritual advisor will be permitted to pray aloud at a moderate volume loud enough for Barbee to hear throughout the execution process, except that the spiritual advisor shall be silent any time the Warden or the CID Director speak during the process and when Barbee gives his last statement.

C. These accommodations will not be withdrawn so long as Barbee's spiritual advisor does not create a disruption to the execution. Even if unanticipated events occur in the execution chamber, such as the need to insert the IV line in an alternate location, the religious accommodations will still be honored.

This Order shall be communicated to the CID Director.

Signed on November 16, 2022 at 5:45 p.m., at Houston, Texas.

Kenneth M. Hoyt
United States District Judge